FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

APR 0 8 2004 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA EX )
REL. )[UNDER SEAL], )
                                       )
        PLAINTIFFS, )
                                       )
V. )
                                       )
[UNDER SEAL], )
                                       )
        DEFENDANTS. )
                                       )

CIVIL ACTION NO.

**04 - 1471**

FILED UNDER SEAL
PURSUANT TO 31 U.S.C.
§ 3730(b)(2)

AMON, J

## ORDER

In consideration of the *qui tam* complaint filed by plaintiff and relator Joseph Piacentile
under the False Claims Act, 31 U.S.C. § 3729, *et seq.,* it is on this _15_ day of ~~March~~ April, 2004,

ORDERED that, pursuant to 31 U.S.C. § 3730(b)(2), the complaint in this action shall be
filed *in camera* and under seal; and it is

FURTHER ORDERED that the complaint and all other documents filed in this action
shall be maintained under seal until further order of the court; and it is

FURTHER ORDERED that service of any documents related to this action, including the
complaint, shall be withheld from the defendants until further order of the court; and it is

FURTHER ORDERED that, pursuant to 31 U.S.C. § 3730(b)(2), (3) and (4), the United
States shall have until 60 days from the date of this order to notify the Court of its decision to
intervene in this action or to move for an extension of the time during which the complaint and
all other documents filed in this actions shall remain under seal.

s/Hon. Carol B. Amon

United States District Judge