UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MG-1283

---------------------------------X
UNITED STATES OF AMERICA ex rel.
JOSEPH PIACENTILE,

**ORDER**

               Plaintiff,

               -against-

Civil Action No.

CVS CORPORATION A/K/A CONSUMER VALUE
STORES (Also doing business as CVS and CVS.com),
individually and as successor in interest to SOMA.com,
ARBOR DRUGS, INC., REVCO, D.S. INC. PEOPLES
DRUG; RITE AID HEADQUARTERS CORP., individually
and as successor in interest to PERRY DRUG STORES,
THRIFTY PAYLESS HOLDINGS, INC., HARCO, INC.
and K & B INCORPORATED; and DUANE READE,

CV-04-1471
(Amon, J.)
(Go, M.J.)

               Defendants.
---------------------------------X

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the Relator having voluntarily dismissed this action without prejudice, the Court rules as follows:

1. All of the contents of the Court's file in this action shall be unsealed.

2. In the event that the Relator seeks to commence a new action based upon the same

facts and circumstances as those alleged in the complaint herein, the Relator shall follow the procedures set forth in the False Claims Act, 31 U.S.C. § 3730(b)(2) and the United States shall have the right to intervene, under the same terms and conditions as set forth in that section.

SO ORDERED,

Dated: Brooklyn, New York
October 4, 2007

s/Hon. Carol B. Amon

Carol B. Amon
United States District Judge